# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARD GREENBERG,**

        **Plaintiff,**

**-vs-**                                                        **Case No. 6:10-cv-1135-Orl-31KRS**

**ORANGE COUNTY HOUSING AND DEVELOPMENT and BARBARA HOLMES,**

        **Defendants.**

## ORDER

This cause comes before the Court on Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed August 2, 2010.

On August 5, 2010, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the motion be denied and the complaint be dismissed without prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED** without prejudice and the Complaint (Doc. No. 1) is **DISMISSED** without prejudice. Plaintiff

may file an amended complaint and a renewed motion to proceed *in forma pauperis* within 21 days of the date of this order. Failure to file an amended complaint within this time may result in the case being closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 24, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party